**STATE of Missouri, Respondent,**

v.

**Ernest G. CALLAHAN, Appellant.**

**No. WD 52684.**

Missouri Court of Appeals, Western District.

May 20, 1997.

Rebecca L. Kurz, Assistant Appellate Defender, Kansas City, for Appellant.

John Munson Morris, Asst. Atty. Gen., Jefferson City, for Respondent.

Before LOWENSTEIN, P.J., and SPINDEN and HOWARD, JJ.

### ORDER

PER CURIAM.

Appeal from convictions, following a jury trial, of one count of forcible rape, § 566.030, RSMo.1994, and two counts of forcible sodomy, § 566.060, RSMo.1994.

Affirmed. Rules 30.25(b) and 84.16(b).